Jenna Shomo
6509 N. 16th Street
Philadelphia, PA. 19126

Saturday, June 1, 2024

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

RE: Chapter 7 Bankruptcy Case Number: 19-16105-AMC

Dear Clerk or Authorized person,

I recently pulled my credit report from all 3 major credit bureaus and seen a bankruptcy being reported in my name. I was unaware that you guys report this private information to the bureaus without the consumer consent. I called them and they stated you "the clerk/ Authorized person" reported it. I would appreciate a letter back stating that you "the clerk/ Authorized person" do or do not report to the credit bureaus, and what method is used along with the person or department that reported the information and the procedure used to report that that information. To return the letter, I have included a self-addressed envelope for your convenience.

Thank you for your time and help in this matter.

Sincerely,

Jenna Shomo



JUN - 3 2024

TIMOTHY McGRATH, CLERK

Enclosed copy of a state ID and utility bill